**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Louisiana**

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**  *Check one:*
☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**  Cox Operating, L.L.C.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**
☑ Unknown
EIN _____

**5. Debtor's address**

**Principal place of business**
1615 Poydras Street, Suite 830
Number   Street

New Orleans LA 70112-0000
City   State   Zip Code

Orleans
County

**Mailing address, if different**
4514 Cole Ave., #1175
Number   Street

P.O. Box
Dallas TX 75205-0000
City   State   Zip Code

**Location of principal assets, if different from principal place of business**
Number   Street

LA
City   State   Zip Code

**6. Debtor's website** (URL)  www.coxoperating.com

**7. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**  *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

Official Form 205   Involuntary Petition Against a Non-Individual   page 1

Debtor **Cox Operating, L.L.C.**   Case number *(if known)*

- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes.   Debtor _____   Relationship _____
  District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

  Debtor _____   Relationship _____
  District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

## Part 3: Report About the Case

**10. Venue**   *Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Keystone Chemical, LLC** | **Drilling Chemicals** | $**246656.8** |
| **R&R Boats, Inc.** | **Transportation Services** | $**156071.92** |
| **Specialty Offshore, Inc.** | **Diving Services** | $**29000** |
| **Total Production Supply LLC** | **Supplies** | $**135620.53** |
|  | Total of petitioners' claims | $**403123.27** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4   Request for Relief

Debtor **Cox Operating, L.L.C.**          Case number *(if known)*

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Keystone Chemical, LLC
Name

1019 Albertson Pkwy
Number   Street
Broussard LA 70518-0000
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**
Jeffrey Delahoussaye, Manager
Name

1060 Marion Dr.
Number   Street
Broussard LA 70518-0000
City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 05/12/2023
MM / DD / YYYY

*[Signature]* Manager
Signature of petitioner or representative, including representative's title

### Attorneys

Robin A. Sylvester
Printed name

**Sylvester Law Firm**
Firm name, if any
**241 1/2 La Rue France**
Number   Street
**Lafayette LA 70508-0000**
City   State   Zip Code
Contact phone 337-513-0504    Email robin@sylvesterfirm.com

Bar number 21154

State LA

*[Signature]*
Signature of attorney
Date signed 05/12/2023
MM / DD / YYYY

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
R&R Boats, Inc.
Name

265 Company Rd.
Number   Street
Bourg LA 70343-0000
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**
Robert Boudreaux, Sr.
Name

265 Company Rd.
Number   Street
Bourg LA 70343-0000
City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

### Attorneys

Stewart F. Peck
Printed name

**Lugenbuhl Wheaton Peck Rankin & Hubbard**
Firm name, if any
**601 Poydras Street, Suite 2775**
Number   Street
**New Orleans LA 70130-0000**
City   State   Zip Code
Contact phone 504-568-1990    Email

Bar number 10403

State LA

Signature of attorney
Date signed _____
MM / DD / YYYY

Debtor    Cox Operating, L.L.C.      Case number (if known) _____

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Keystone Chemical, LLC
Name

1019 Albertson Pkwy
Number   Street
Broussard  LA  70518-0000
City  State  Zip Code

**Name and mailing address of petitioner's representative, if any**
Jeffrey Delahoussaye, Manager
Name

1060 Marion Dr.
Number   Street
Broussard  LA  70518-0000
City  State  Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
       MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

### Attorneys

Robin A. Sylvester
Printed name

Sylvester Law Firm
Firm name, if any

241 1/2 La Rue France
Number   Street
Lafayette  LA  70508-0000
City  State  Zip Code

Contact phone  337-513-0504   Email  robin@slyvesterfirm.com

Bar number  21154

State  LA

_____
Signature of attorney
Date signed  _____
       MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
R&R Boats, Inc.
Name

265 Company Rd.
Number   Street
Bourg  LA  70343-0000
City  State  Zip Code

**Name and mailing address of petitioner's representative, if any**
Robert Boudreaux, Sr.
Name

265 Company Rd.
Number   Street
Bourg  LA  70343-0000
City  State  Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  5-12-23
       MM / DD / YYYY

*/s/ Robert Boudreaux, Sr.*
Signature of petitioner or representative, including representative's title

### Attorneys

Stewart F. Peck
Printed name

Lugenbuhl Wheaton Peck Rankin & Hubbard
Firm name, if any

601 Poydras Street, Suite 2775
Number   Street
New Orleans  LA  70130-0000
City  State  Zip Code

Contact phone  504-568-1990   Email  _____

Bar number  10403

State  LA

*/s/ Stewart F. Peck*
Signature of attorney
Date signed  May 12, 2023
       MM / DD / YYYY

---

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

Debtor  Cox Operating, L.L.C.    Case number (if known)

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Specialty Offshore, Inc.
Name

P.O. Box 2853
Number    Street
Hammond LA 70404-0000
City        State    Zip Code

**Name and mailing address of petitioner's representative, if any**
Marshall Whitmer, Vice President
Name

24358 Gliderport Rd.
Number    Street
Loranger LA 70446-0000
City        State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
        MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

### Attorneys

Stewart F. Peck
Printed name

Lugenbuhl Wheaton Peck Rankin & Hubbard
Firm name, if any
601 Poydras Street, Suite 2775
Number   Street
New Orleans LA 70130-0000
City           State    Zip Code
Contact phone  504-568-1990   Email _____

Bar number  10403

State  LA

_____
Signature of attorney
Date signed _____
           MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Total Production Supply LLC
Name

P.O. Box 915
Number    Street
Broussard LA 70518-0000
City        State    Zip Code

**Name and mailing address of petitioner's representative, if any**
Lesli Hanks, Manager
Name

121 Windfall Drive
Number    Street
Lafayette LA 70508-0000
City        State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  05/12/2023
        MM / DD / YYYY

*/s/ Lesli Hanks* Manager
Signature of petitioner or representative, including representative's title

### Attorneys

Robin Sylvester
Printed name

Sylvester Law Firm
Firm name, if any
241 1/2 La Rue France
Number   Street
Lafayette LA 70508-0000
City           State    Zip Code
Contact phone  337-513-0504   Email  robin@sylvesterfirm.com

Bar number  21154

State  LA

*/s/ Robin Sylvester*
Signature of attorney
Date signed  05/12/2023
           MM / DD / YYYY

Debtor  Cox Operating, L.L.C.

Case number (if known)

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Specialty Offshore, Inc.
Name

P.O. Box 2853
Number    Street
Hammond LA 70404-0000
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**
Marshall Whitmer, Vice President
Name

24358 Gliderport Rd.
Number    Street
Loranger LA 70446-0000
City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  05/19/2023
             MM / DD / YYYY

_(signed)_  VP
Signature of petitioner or representative, including representative's title

### Attorneys

Stewart F. Peck
Printed name

Lugenbuhl Wheaton Peck Rankin & Hubbard
Firm name, if any
601 Poydras Street, Suite 2775
Number    Street
New Orleans LA 70130-0000
City                State        Zip Code
Contact phone  504-568-1990    Email

Bar number  10403

State  LA

_(signed)_
Signature of attorney
Date signed  May 12, 2023
             MM / DD / YYYY

Official Form 205     Involuntary Petition Against a Non-Individual     page 4