UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-10734 |
| COX OPERATING, LLC, | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |
| | § | INVOLUNTARY |
| | § | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS BY LOOPER GOODWINE P.C. ON BEHALF OF
BP ENERGY COMPANY AND BP PRODUCTS NORTH AMERICA INC.

**PLEASE TAKE NOTICE** that the undersigned law firm, Looper Goodwine P.C., hereby appears in the above-captioned case on behalf of BP Energy Company and BP Products North America Inc. (collectively, "BP") pursuant to Sections 102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be transmitted to:

| | |
|---|---|
| Paul J. Goodwine | Lindsey M. Johnson |
| pgoodwine@loopergoodwine.com | ljohnson@loopergoodwine.com |
| **LOOPER GOODWINE P.C.** | **LOOPER GOODWINE P.C.** |
| 650 Poydras Street, Suite 2400 | 650 Poydras Street, Suite 2400 |
| New Orleans, Louisiana 70130 | New Orleans, Louisiana 70130 |
| Telephone: (504) 503 – 1500 | Telephone: (504) 503 – 1500 |
| Facsimile: (504) 503-1501 | Facsimile: (504) 503-1501 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier

LG\345833.1

delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to this case and any other proceedings herein which affect or seek to affect, in any way, the debtor or property or proceeds in which the debtor may claim or have an interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice is not intended to be, and shall not constitute, consent by BP to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which BP is, or may be, entitled under agreements, in law or in equity, are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

Dated: May 16, 2023.

Respectfully Submitted,

**LOOPER GOODWINE P.C.**

*/s/ Paul J. Goodwine*
Paul J. Goodwine (La. Bar No. 23757)
Lindsey M. Johnson (La. Bar No. 34610)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503-1500
Facsimile: (504) 503-1501
Email: pgoodwine@loopergoodwine.com
Email: ljohnson@loopergoodwine.com

***Regulatory Counsel for BP Energy Company and BP Products North America Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2023, a true and correct copy of the foregoing document was served via this Court's CM/ECF system on all parties having consented to such electronic service in this case.

*/s/ Paul J. Goodwine*
Paul J. Goodwine

3

LG\345833.1